IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CONNIE L HARROLD, AND GEOFFREY L HARROLD, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, AND CITY OF OMAHA NEBRASKA, a municipal corporation; <br><br> Defendants. | **8:14CV215** <br><br> **ORDER OF DISMISSAL** |

This matter is before the Court on the Parties' Joint Motion for Dismissal of Defendant United States of American Only Without Prejudice (Filing No. 70). The Motion complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The Defendant United States of America should be dismissed from this action without prejudice, with each party paying its own costs, fees, and expenses, unless otherwise agreed or stipulated between the parties. The complete record will be waived. Accordingly,

IT IS ORDERED:

1. The Parties' Joint Motion for Dismissal of Defendant United States of America Only Without Prejudice (Filing No. 70) is approved;

2. The Defendant United States of America is dismissed from this action without prejudice; and

3. Each party will pay its own costs, fees, and expenses, unless otherwise agreed or stipulated between the parties, and the complete record is waived.

Dated this 18th day of November, 2015

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge