# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CONNIE L. HARROLD and<br>GEOFFREY L. HARROLD,<br><br>    Plaintiffs,<br><br>  vs.<br><br>CITY OF OMAHA, NEBRASKA,<br>a municipal corporation,<br><br>    Defendant. | 8:14CV215<br><br>ORDER |

  This matter is before the court following a telephone conference with counsel on November 30, 2015. Mark E. Novotny and Sarah M. Smith represented the plaintiffs and Michelle A. Peters represented the defendant. With the United States of America dismissed from the case, defendant City of Omaha will file a motion to dismiss or otherwise challenge the jurisdiction of the court. Such motion **shall be filed by December 8, 2015**. The court will hold a telephone conference with counsel to plan the progression of the case within **ten business days** of the court's ruling on the motion. Plaintiffs' counsel shall arrange and initiate the telephone conference.

  DATED this 30th day of November, 2015.

                BY THE COURT:

                s/ Thomas D. Thalken
                United States Magistrate Judge